IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BLAKE NEWCOMB,<br><br>                Defendant. | 8:15CR303<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 122) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 96). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision is dismissed.

2. The defendant's supervised release shall continue under the same terms and conditions previously imposed.

Dated this 18th day of July, 2019.

BY THE COURT:

*/s/ Joseph F. Bataillon*

JOSEPH F. BATAILLON
Senior United States District Judge